# Exhibit 1

{00156443.DOCX.1}

# ANDREW HUDYMA
# ASSET AND LIABILITY ANALYSIS

| ASSETS: | FMV Valuation | Liquidation Value | Secured Lienholder | Secured Liens | Exemptions | Est. Liquidation Value After Security | Notes |
|---|---|---|---|---|---|---|---|
| **Business Assets:** | | | | | | | |
| 0 Wasena Circle | $ 65,000.00 | $ 48,750.00 | Wildcat, LLC | ($3,622.00) | $0.00 | $ 45,128.00 | On October 27, 2020 Mid Atlantic Farm Credit obtained a judgement for $2,140,799.91 in Wocester County which was recorded In Anne Arundel County which acts as a lien on the property.  On October 14, 2020, Truist Bank obtained a judgment against the Debtor in the amount of $510,224.88 in Anne Arundel County. |
| 1030 Church Street | $ 150,000.00 | $ 112,500.00 | None | | | $ 112,500.00 | |
| 1531 Locus Street | $ 85,000.00 | $ 63,750.00 | None | | | $ 63,750.00 | |
| 17421 Redhill Road | $ 525,000.00 | $ 393,750.00 | Mid-Atlantic Farm Credit | | | | |
| 18513 Redhill Road | $ 30,000.00 | $ 22,500.00 | Mid-Atlantic Farm Credit | | | | |
| 37424 Millsbory Road | $ 2,180,176.35 | $ 1,635,132.26 | Mid-Atlantic Farm Credit | | | | |
| 8002 Green Lewis Road | $ 500,000.00 | $ 375,000.00 | Mid-Atlantic Farm Credit | | | | On October 27, 2020 Mid Atlantic Farm Credit obtained a judgement for $2,140,799.91 in Wocester County which was recorded In Anne Arundel County which acts as a lien on the property. |
| | | $ 2,651,382.26 | | ($2,180,176.35) | | $ 471,205.91 | |
| 21253 S. Dupont Highway | $ 185,000.00 | $ 138,750.00 | None | | | $ 138,750.00 | |
| 3137 Woodyard Road | $ 5,800,000.00 | $ 4,350,000.00 | 1st Finacial of Georgia | ($2,967,914.17) | | $ 1,382,085.83 | |
| 32057 Beaver Run Drive | $ 475,000.00 | $ 356,250.00 | Severn Savings Bank | ($88,518.33) | | $ 267,731.67 | On October 27, 2020 Mid Atlantic Farm Credit obtained a judgement for $2,140,799.91 in Wocester County which was recorded In Anne Arundel County which acts as a lien on the property. |
| 504 Washington Ave. - Appraised | $ 260,000.00 | $ 195,000.00 | George Teluk | ($83,250.00) | | $ 111,750.00 | Judgment |

| Asset | Value | Appraised | Creditor | Debt | | Equity | Notes |
|---|---|---|---|---|---|---|---|
| 6 Ritchie Highway | $ 2,500,000.00 | $ 1,875,000.00 | M&T Bank | ($1,360,860.54) | | $ 514,139.46 | On October 27, 2020 Mid Atlantic Farm Credit obtained a judgement for $2,140,799.91 in Wocester County which was recorded In Anne Arundel County which acts as a lien on the property. On October 14, 2020, Truist Bank obtained a judgment against the Debtor in the amount of $510,224.88 in Anne Arundel County. |
| 616 East Patapsco Ave. | $ 140,000.00 | $ 105,000.00 | None | | | $ 105,000.00 | |
| 8213 Ritchie Highway - Appraised | $ 1,082,000.00 | $ 811,500.00 | Truist Bank | ($529,630.63) | | $ 281,869.37 | On October 27, 2020 Mid Atlantic Farm Credit obtained a judgement for $2,140,799.91 in Wocester County which was recorded In Anne Arundel County which acts as a lien on the property. On October 14, 2020, Truist Bank obtained a judgment against the Debtor in the amount of $510,224.88 in Anne Arundel County. |
| FarmTractor | $ 9,000.00 | $ 6,750.00 | John Deer | ($8,741.96) | | $ (1,991.96) | |
| FarmTractor - Kubota Tractor | $ 58,000.00 | $ 43,500.00 | Kubota Tractor | ($51,308.24) | | $ (7,808.24) | |
| Seaside Road Painters VA | $ 25,000.00 | $ 18,750.00 | None | | | $ 18,750.00 | |
| Legal Suit - Fire Damage | $ 1.00 | Unknown | | | | | |
| Legal Suit - Mid Atlantic $50K | $ 1.00 | Unknown | | | | | |
| Legal Suit - Past Due Tenant | $ 1.00 | Unknown | | | | | |
| | | | | | | | |
| Total Assets - Business | $ 14,069,179.35 | | | | | | |
| | | | | | | | |
| **Assets - Personal** | | | | | | | |
| | | | | | | | |
| 1963 Cadilac Eldarodo | $ 18,000.00 | $ 13,500.00 | | | | $ 13,500.00 | |
| 1970 Chrysler Newport | $ 3,500.00 | $ 2,625.00 | | | | $ 2,625.00 | |
| 1975 Chevrolet Monocarlo | $ 5,000.00 | $ 3,750.00 | | | | $ 3,750.00 | |
| 1998 Chevrolet Pickup 2500 | $ 2,800.00 | $ 2,100.00 | | | | $ 2,100.00 | |
| 2003 Lincoln Mercury | $ 1,300.00 | $ 975.00 | | | | $ 975.00 | |
| 2004 Chevrolet Suburban 1500 | $ 900.00 | $ 675.00 | | | | $ 675.00 | |
| 2013 Cadillac XTS | $ 950.00 | $ 712.50 | | | | $ 712.50 | |
| 2015 Chevrolet Impala | $ 9,500.00 | $ 7,125.00 | | | | $ 7,125.00 | |
| 8157 Solomons Crossing Court | $ 850,000.00 | $ 637,500.00 | Judgement lien | None | ($637,500.00) | $ - | On October 14, 2020, Truist Bank obtained a judgment against the Debtor in the amount of $510,224.88 in Anne Arundel County. |
| Household Goods and Furnishing | $ 8,500.00 | $8,500.00 | | | ($8,500.00) | $ - | |
| Retirement Accounts | $ 25,000.00 | $25,000.00 | | | ($25,000.00) | $ - | |
| Stocks | $ 1,000.00 | $1,000.00 | | | | $ 1,000.00 | |
| | | | | | | | |
| Total Assets - Personal | $ 926,450.00 | $ 703,462.50 | | | | | |
| Total Assets - Business | $ 14,069,179.35 | | | | | | |
| | | | | | | | |
| Total Assets | $ 14,995,629.35 | | | | | | |
| Total Assets After Exemptions | | | | | | $ 3,535,322.54 | |
| Total Secured Debt | | | | ($7,274,022.22) | | | |
| Total Equity | $ 7,721,607.13 | | | | | | |