# Exhibit 2

{00156443.DOCX.1}

## Andrew and Yvette Hudyma
### Income and Expense Summary 2015-2020

| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| **Accurate Taxes** | | | | | | |
| Gross Income | 729,651.00 | 693,390.00 | 739,402.00 | 581,475.00 | 575,312.00 | 555,220.00 |
| Expenses | (203,938.00) | (139,423.00) | (125,272.00) | (95,981.00) | (57,887.00) | (60,940.00) |
| Net Income | 525,713.00 | 553,967.00 | 614,130.00 | 485,494.00 | 517,425.00 | 494,280.00 |
| | | | | | | |
| **Rental Income** | | | | | | |
| **Rents Received** | | | | | | |
| 8203 Atlantic OC | 15,004.00 | 18,126.00 | 4,073.00 | | | |
| Expenses-cash | (82,123.00) | (87,465.00) | (28,396.00) | | | |
| Net Income-cash | (67,119.00) | (69,339.00) | (24,323.00) | - | - | - |
| Depreciation | (38,000.00) | | | | | |
| Net Income-tax | (105,119.00) | (69,339.00) | (24,323.00) | - | - | - |
| | | | | | | |
| 32057 Beaver Run, | 25,112.00 | 25,112.00 | 23,005.00 | | | |
| Expenses-cash | (18,583.00) | (17,867.00) | (17,929.00) | (20,139.00) | (15,904.00) | |
| Net Income-cash | 6,529.00 | 7,245.00 | 5,076.00 | (20,139.00) | (15,904.00) | - |
| Depreciation | (15,385.00) | (15,385.00) | (15,385.00) | (15,385.00) | | |
| Net Income-tax | (8,856.00) | (8,140.00) | (10,309.00) | (35,524.00) | (15,904.00) | - |
| | | | | | | |
| 6 Ritchie, Pasadena | 162,420.00 | 126,979.00 | 56,820.00 | | 6,915.00 | 28,262.00 |
| Expenses-cash | (116,477.00) | (154,037.00) | (95,458.00) | (135,653.00) | (115,045.00) | |
| Net Income-cash | 45,943.00 | (27,058.00) | (38,638.00) | (135,653.00) | (108,130.00) | 28,262.00 |
| Depreciation | (76,923.00) | | | (36,923.00) | | |
| Net Income-tax | (30,980.00) | (27,058.00) | (38,638.00) | (172,576.00) | (108,130.00) | 28,262.00 |
| | | | | | | |
| 8002 Green Lewis, Willards | 1,200.00 | 875.00 | | | | |
| Expenses-cash | (2,127.00) | (10,665.00) | | | | |
| Net Income-cash | (927.00) | (9,790.00) | - | - | - | - |
| | | | | | | |
| 1531 Locust, Curtis Bay | 1,775.00 | | | | | |
| Expenses-cash | (9,894.00) | | | | | |
| Net Income-cash | (8,119.00) | - | - | - | - | - |
| | | | | | | |
| 21253 South Dupont, Greenwood DE | 1,800.00 | | | | | |
| Expenses-cash | (13,881.00) | | | | | |
| Net Income-cash | (12,081.00) | - | - | - | - | - |
| | | | | | | |
| Woodyard Rd, Greenwood, DE | 1,375.00 | | | | | |

**Andrew and Yvette Hudyma**
**Income and Expense Summary 2015-2020**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Expenses-cash | | (767.00) | | | | | |
| Net Income-cash | | 608.00 | - | - | - | - | - |
| | | | | | | | |
| 504 S Washington, Baltimore | | | | 500.00 | | 4,125.00 | |
| Expenses-cash | | | | (24,295.00) | (19,249.00) | (6,837.00) | |
| Net Income-cash | | | | (23,795.00) | (19,249.00) | (2,712.00) | |
| Depreciation | | | | | (7,273.00) | | |
| Net Income-tax | | | | (23,795.00) | (26,522.00) | (2,712.00) | - |
| | | | | | | | |
| 8213 Ritchie Hwy, Pasedna | | | | | 45,000.00 | 31,025.00 | |
| Expenses-cash | | | | | (60,563.00) | (48,813.00) | |
| Net Income-cash | | | | | (15,563.00) | (17,788.00) | |
| Depreciation | | | | | (45,000.00) | | |
| Net Income-tax | | | | | (60,563.00) | (17,788.00) | - |
| | | | | | | | |
| **Farm Income** | | **Gumboro** | **Gumboro** | **Gumboro** | **Gumboro** | **Gumboro** | |
| Receipts | | 510,829.00 | 547,711.00 | 443,989.00 | 90,888.00 | | 13,000.00 |
| Expenses-cash | | (324,177.00) | (319,389.00) | (300,488.00) | (86,743.00) | (215,531.00) | |
| Net income-cash | | 186,652.00 | 228,322.00 | 143,501.00 | 4,145.00 | (215,531.00) | 13,000.00 |
| Depreciation Expense | | (284,564.00) | (334,816.00) | (832,326.00) | (382,326.00) | (306,235.00) | |
| Net Income Tax | | (97,912.00) | (106,494.00) | (688,825.00) | (378,181.00) | (521,766.00) | 13,000.00 |
| | | **Farmington** | **Farmington** | **Farmington** | **Farmington** | **Farmington** | |
| Receipts | | 1,476,045.00 | 1,247,752.00 | 1,241,330.00 | 991,054.00 | 638,577.00 | |
| Expenses-cash | | (645,982.00) | (511,272.00) | (515,526.00) | (409,207.00) | (359,913.00) | |
| Net income-cash | | 830,063.00 | 736,480.00 | 725,804.00 | 581,847.00 | 278,664.00 | - |
| Depreciation Expense | | (900,152.00) | (665,000.00) | (665,000.00) | (665,000.00) | (302,000.00) | |
| Net Income Tax | | (70,089.00) | 71,480.00 | 60,804.00 | (83,153.00) | (23,336.00) | - |
| | | **Roxanna** | | **Rental** | | **Rental** | |
| Receipts | | 5,400.00 | | 13,400.00 | | 7,512.00 | |
| Expenses-cash | | (3,827.00) | | (3,845.00) | | (465.00) | |
| Net income-cash | | 1,573.00 | - | 9,555.00 | - | 7,047.00 | |
| Depreciation Expense | | (20,000.00) | | | | | |
| Net Income-Tax | | (18,427.00) | - | 9,555.00 | - | 7,047.00 | - |
| | | **Rental 61.5** | | | | | |
| Receipts | | 6,700.00 | | | | | |
| Expenses | | (658.00) | | | | | |
| Net Income | | 6,042.00 | | | | | |