# Exhibit 3

Andrew and Yvette Hudyma

Jan.- July 2021  Income and Expenses

| | |
|---|---:|
| **Gross Income** | |
| | |
| Accurate Taxes | 683,824 |
| Rental | 7,898 |
| Yvette (net) | 45,540 |
| **Total** | 737,262 |
| | |
| **Expenses** | |
| Accurate Taxes | 83,405 |
| Rental | 98,178 |
| **Personal-Andrew** | |
| Education | 4,860 |
| Groceries | 2,487 |
| Miscellaneous | 300 |
| Restaurants | 2,028 |
| Travel | 515 |
| Personal Expenses - Other | 67 |
| **Total** | 10,257 |
| **Personal- Yvette** | 19,079 |
| **Grand Total Expense** | 210,919 |
| Loan Repayments | 259,517 |
| | |
| **Net Income** | 526,343 |
| **Net Income after loan payments** | 266,826 |