# Exhibit 5

{00156443.DOCX.1}

# Profit & Loss Detail
## January 27 through July 30, 2021

| | Type | Date | Num | Name | Amount |
|---|---|---|---|---|---|
| **Adequate Protection Payments** | | | | | |
| **Adequate Protection - John Deer** | | | | | |
| | Check | 04/19/2021 | 1002 | John Deere Financial | 108.26 |
| | Check | 06/03/2021 | 1011 | John Deere Financial | 54.00 |
| | Check | 07/09/2021 | 1025 | John Deere Financial | 36.00 |
| Total Adequate Protection - John Deer | | | | | 198.26 |
| **Adequate Protection - Kubota** | | | | | |
| | Check | 04/26/2021 | 1003 | Kubota Credit Corp | 326.03 |
| | Check | 06/03/2021 | 1012 | Kubota Credit Corp | 317.72 |
| | Check | 07/12/2021 | 1026 | Kubota Credit Corp | 320.00 |
| Total Adequate Protection - Kubota | | | | | 963.75 |
| **Adequate Protection - M&T Bank** | | | | | |
| | Check | 02/22/2021 | | M&T Bank | 13,000.00 |
| | Check | 03/11/2021 | 4365 | M&T Bank | 13,545.70 |
| | Check | 04/07/2021 | | M&T Bank | 13,230.00 |
| | Check | 06/30/2021 | 1028 | M&T Bank | 8,400.00 |
| | Check | 07/06/2021 | | M&T Bank | 8,400.00 |
| Total Adequate Protection - M&T Bank | | | | | 56,575.70 |
| **Adequate Protection - MidAtlant** | | | | | |
| | Check | 06/08/2021 | 1015 | MidAtlantic Farm Credit | 7,500.00 |
| Total Adequate Protection - MidAtlant | | | | | 7,500.00 |
| **Adequate Protection - Teluk** | | | | | |
| | Check | 05/03/2021 | 1004 | George Teluk | 515.51 |
| | Check | 05/03/2021 | 1008 | George Teluk | 535.00 |
| | Check | 06/01/2021 | 1010 | George Teluk | 1,030.00 |
| | Check | 07/07/2021 | 1027 | George Teluk | 515.00 |
| Total Adequate Protection - Teluk | | | | | 2,595.51 |
| **Adequate Protection - Truist** | | | | | |
| | Check | 04/19/2021 | 1001 | Truist Bank | 3,279.69 |
| | Check | 06/28/2021 | 1024 | BB&T Bank | 3,350.00 |
| Total Adequate Protection - Truist | | | | | 6,629.69 |
| **Adequate Protection - Wildcat** | | | | | |
| | Check | 04/15/2021 | 1005 | Wildcat LLC | 58.83 |
| Total Adequate Protection - Wildcat | | | | | 58.83 |
| **Adequate Protection Payments - Other** | | | | | |
| | Check | 05/13/2021 | | Cash withdrawal | 17,015.51 |
| | Check | 06/08/2021 | 1014 | MidAtlantic Farm Credit | 7,500.00 |
| Total Adequate Protection Payments - Other | | | | | 24,515.51 |
| **Total Adequate Protection Payments** | | | | | 99,037.25 |