# Exhibit 6

{00156443.DOCX.1}

Hudyma 10 year projection

|  | 2021 Projected | 2022 | 2023 |
|---|---|---|---|
| **Accurate Taxes** | | | |
| Gross Income | $755,220 | $755,220 | $755,220 |
| Expenses | -$75,940 | -$75,940 | -$75,940 |
| Net Income | $679,280 | $679,280 | $679,280 |
| **Rental Income** | | | |
| **Rents Received** | | | |
| 8203 Atlantic OC | | | |
| Expenses-cash | | | |
| Net Income-cash | | | |
| Depreciation | | | |
| Net Income-tax | | | |
| | | | |
| 32057 Beaver Run, | | | |
| Expenses-cash | | | |
| Net Income-cash | | | |
| Depreciation | | | |
| Net Income-tax | | | |
| | | | |
| 6 Ritchie, Pasadena | $16,000 | $24,000 | $24,000 |
| Expenses-cash | -$52,000 | $15,000 | $15,000 |
| Net Income-cash | -$36,000 | $9,000 | $9,000 |
| Depreciation | -$36,923 | -$36,923 | -$36,923 |
| Net Income-tax | -$72,923 | -$27,923 | -$27,923 |
| | | | |
| 8002 Green Lewis, Willards | | | |
| Expenses-cash | | | |
| Net Income-cash | | | |
| | | | |
| 1531 Locust, Curtis Bay | | | |
| Expenses-cash | | | |
| Net Income-cash | | | |
| | | | |
| 21253 South Dupont, Greenwood DE | | | |
| Expenses-cash | | | |
| Net Income-cash | | | |
| | | | |
| Woodyard Rd, Greenwood, DE | | | |
| Expenses-cash | | | |
| Net Income-cash | | | |
| | | | |
| 504 S Washington, Baltimore | $14,000 | $30,000 | $30,000 |
| Expenses-cash | -$3,000 | -$10,000 | -$10,000 |
| Net Income-cash | $11,000 | $20,000 | $20,000 |

| | | | | |
|---|---|---|---|---|
| Depreciation | | | | |
| Net Income-tax | | $11,000 | $20,000 | $20,000 |
| | | | | |
| 8213 Ritchie Hwy, Pasedna | | | $60,000 | $60,000 |
| Expenses-cash | | | $10,000 | $10,000 |
| Net Income-cash | | | | |
| Depreciation | | | | |
| Net Income-tax | | | $50,000 | $50,000 |
| | | | | |
| **Farm Income** | | | | |
| Receipts | | | | |
| Expenses-cash | | | -$30,000 | -$30,000 |
| Net income-cash | | | -$30,000 | -$30,000 |
| Depreciation Expense | | | | |
| Net Income Tax | | | | |
| | Farmington | | | |
| Receipts | | $13,000 | $150,000 | $150,000 |
| Expenses-cash | | -$60,000 | -$60,000 | -$60,000 |
| Net income-cash | | -$47,000 | $90,000 | $90,000 |
| Depreciation Expense | | -$302,000 | -$302,000 | -$302,000 |
| Net Income Tax | | -$349,000 | -$212,000 | -$212,000 |
| | | | | |
| Receipts | | | | |
| Expenses-cash | | | | |
| Net income-cash | | | | |
| Depreciation Expense | | | | |
| Net Income-Tax | | | | |
| | | | | |
| Receipts | | | | |
| Expenses | | | | |
| Net Income | | | | |
| | | | | |
| | | | | |
| Net cash flow income | | | $818,280 | $818,280 |
| after all expenses before debt service | | | | |
| | monthly | | | |
| legal fees | | $5,000 | $60,000 | $60,000 |
| accounting fees | | $2,000 | $24,000 | $24,000 |
| monthly debt payments | | $8,500 | $102,000 | $102,000 |
| monthly debt payments | | $13,500 | $162,000 | $162,000 |
| monthly debt payments | | $3,280 | $39,000 | $39,000 |
| monthly debt payments | | $8,427 | $101,124 | $101,124 |
| monthly debt payments | | $1,900 | $22,800 | $22,800 |
| monthly debt payments | | $54 | $648 | $648 |
| monthly debt payments | | $317 | $372 | $372 |
| monthly debt payments | | $22 | $264 | $264 |
| monthly debt payments | | $548 | $6,576 | $6,576 |

| | | | |
|---|---|---|---|
| total debt flow | $43,548 | $518,784 | $518,784 |
| net cash flow after debt service | | $299,496 | $299,496 |

| 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
|---|---|---|---|---|---|---|---|
| $755,220 | $755,220 | $755,220 | $755,220 | $755,220 | $755,220 | $755,220 | $755,220 |
| -$75,940 | -$75,940 | -$75,940 | -$75,940 | -$75,940 | -$75,940 | -$75,940 | -$75,940 |
| $679,280 | $679,280 | $679,280 | $679,280 | $679,280 | $679,280 | $679,280 | $679,280 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $24,000 | $24,000 | $24,000 | $24,000 | $24,000 | $24,000 | $24,000 | $24,000 |
| $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 |
| $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 |
| -$36,923 | -$36,923 | -$36,923 | -$36,923 | -$36,923 | -$36,923 | -$36,923 | -$36,923 |
| -$27,923 | -$27,923 | -$27,923 | -$27,923 | -$27,923 | -$27,923 | -$27,923 | -$27,923 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 |
| -$10,000 | -$10,000 | -$10,000 | -$10,000 | -$10,000 | -$10,000 | -$10,000 | -$10,000 |
| $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 |
| $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 |
| $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 |
| $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 |
| -$30,000 | -$30,000 | -$30,000 | -$30,000 | -$30,000 | -$30,000 | -$30,000 | -$30,000 |
| -$30,000 | -$30,000 | -$30,000 | -$30,000 | -$30,000 | -$30,000 | -$30,000 | -$30,000 |
| $150,000 | $150,000 | $150,000 | $150,000 | $150,000 | $150,000 | $150,000 | $150,000 |
| -$60,000 | -$60,000 | -$60,000 | -$60,000 | -$60,000 | -$60,000 | -$60,000 | -$60,000 |
| $90,000 | $90,000 | $90,000 | $90,000 | $90,000 | $90,000 | $90,000 | $90,000 |
| -$302,000 | -$302,000 | -$302,000 | -$302,000 | -$302,000 | -$302,000 | -$302,000 | -$302,000 |
| -$212,000 | -$212,000 | -$212,000 | -$212,000 | -$212,000 | -$212,000 | -$212,000 | -$212,000 |
| $818,280 | $818,280 | $818,280 | $818,280 | $818,280 | $818,280 | $818,280 | $818,280 |
| $60,000 | | | | | | | |
| $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 |
| $102,000 | $102,000 | $102,000 | $102,000 | $102,000 | $102,000 | $102,000 | $102,000 |
| $162,000 | $162,000 | $162,000 | $162,000 | $162,000 | $162,000 | $162,000 | $162,000 |
| $39,000 | $39,000 | $39,000 | | | | | |
| $101,124 | $101,124 | $101,124 | $101,124 | $101,124 | $101,124 | $101,124 | $101,124 |
| $22,800 | $22,800 | | | | | | |
| $648 | $648 | $648 | $648 | $648 | $648 | $648 | $648 |
| $372 | $372 | $372 | $372 | $372 | $372 | $372 | $372 |
| $264 | $264 | $264 | $264 | $264 | $264 | $264 | $264 |
| $6,576 | $6,576 | $6,576 | $6,576 | $6,576 | $6,576 | $6,576 | $6,576 |

| $506,784 | $446,784 | $423,984 | $384,984 | $384,984 | $384,984 | $384,984 | $384,984 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| $311,496 | $371,496 | $394,296 | $433,296 | $433,296 | $433,296 | $433,296 | $433,296 |