# Exhibit 7

{00156443.DOCX.1}

# HUGH D. BLOCKER CPA & Assoc, LTD

2411 Crofton Ln. • Suite 23 • Crofton, Md. 21114 • 301-261-3232 • 410-721-2926 • 410-793-0542 FAX 410-721-6412
234 West Street, Annapolis, Maryland 21401 • (410)268-7227 • FAX (410) 268-0001

*Robert Scarlett*

*August 30, 2021*

*Re: Andrew Hudyma*

Below is my analysis of his ability to pay going forward

Mr. Hudyma runs a very successful high margin accounting office which has little overhead. After analyzing his gross income from 2015 forward, he has grossed in excess of $600,000 per year with average expenses under $100,000. Netting $500,000 per year. I believe this income of cash will continue to occur each year as long as Mr. Hudyma is able to work.

His residential rental real estate has very little expenses and can easily be sustained with a very moderate monthly rent on each property. If this is achieved, he will have a positive cash flow or a t worst a breakeven cash flow.

8213 Ritchie now has a monthly lease which remove most of the expenses and make that a positive cash flow going forward

6 Ritchie is partially rented. If the remaining 2 units are rented for a moderate monthly rent, then this will then breakeven.

Salisbury Commercial property is rented and is a positive cash flow.

The chicken farms can be hugely profitable but at present are not. He has annual expenses of about $275,000 and present income of about $13,000. He is negotiating a contract with an integrator which will add $130,000 annually which is a pure lease operation where Mr. Hudyma does not need to do any operational activities. This will remove some operational expenses and provide positive gross revenue. The Combination of these 2 should make the chicken farms cash flow neutral of slightly negative.

Provided Mr. Hudyma maintains rental income and Farm revenue, his cash flow from his Accurate Tax business is more than enough to provide a cushion for unforeseen costs and negative cash flow and allows for complete servicing of the proposed debt per my 10 year projections spreadsheet. I believe he can complete the proposed bankruptcy plan as presented.

RESPECTFULLY,

*[signature]*

HUGH BLOCKER, JR., CPA
License # Md. 12379